1  Richard Morin (SBN 285275)
2  Bryce Fick (SBN 322951)
   Law Office of Rick Morin, PC
3  555 Capitol Mall Suite 750
   Sacramento, CA 95814-4508
4  Phone: (916) 333-2222
   Email: legal@rickmorin.net
5

6  Attorneys for Plaintiff Curtis Hamilton

7

8                    **UNITED STATES DISTRICT COURT**
                     **EASTERN DISTRICT OF CALIFORNIA**
9                         **SACRAMENTO DIVISION**

10

11 Curtis Hamilton,                    Case No. 2:22-cv-00304-JAM-CKD

12            Plaintiff,               **STIPULATION AND ORDER**
                                       **TO EXTEND TIME TO AMEND**
13       v.                            **ANSWER AND FILE MOTION**
                                       **TO STRIKE**
14 XL Concrete Masonry, LLC, and Does 1-10,
   inclusive,
15
16            Defendants.
17

18       Plaintiff Curtis Hamilton ("Plaintiff") and Defendant XL Concrete Masonry, LLC

19 ("Defendant") by and through their respective counsel hereby agree and stipulate as follows:

20                                **RECITALS**

21       WHEREAS, Plaintiff filed a Complaint for Damages in the Superior Court of California, Yolo

22 County on January 3, 2022, case number CV2022-0015.

23       WHEREAS, Defendant filed XL Concrete Masonry, LLC's Answer to Complaint in the

24 Superior Court of California, Yolo County on February 15, 2022, serving it by mail on that same day.

25       WHEREAS, Defendant removed the action to the United States District Court, Eastern District

26 of California, case number 2:22-cv-00304-JAM-CKD, on February 16, 2022.

27       WHEREAS, Plaintiff's motion to strike Defendant's answer must presently be filed on or

28 before March 11, 2022.

1    WHEREAS, the parties met and conferred on March 4, 2022 regarding a potential motion to

2    strike as to Defendant's answer.

3    WHEREAS, Defendant intends to voluntarily amend its answer.

4    WHEREAS, the parties desire to provide Defendant sufficient time to amend its answer  and to

5    provide Plaintiff with sufficient time to file a motion to strike as to the currently filed answer, should

6    Defendant not amend its answer.

7    **<u>STIPULATION</u>**

8    IT IS HEREBY STIPULATED AND AGREED that:

9    1.    The time for Defendant to amend its answer shall be extended to on or before March

10   18, 2022.

11   2.    The time for Plaintiff to file a motion to strike as to Defendant's answer, filed and served

12   on February 15, 2022, is extended to April 8, 2022.

13   **IT IS SO STIPULATED.**

14                                                Law Office of Rick Morin, PC

15

16   Dated: March 8, 2022                By:    /s/ Richard Morin_____

17                                                Richard Morin
                                                 Bryce Fick
18                                               Attorneys for Plaintiff

19

20

21                                               Swerdlow Florence
22                                                Sanchez Swerdlow & Wimmer

23

24   Dated: March 8, 2022                By:    /s/ Lori M. Yankelevits_____

25                                               Lori M. Yankelevits
                                                 Attorneys for
26                                               Defendant XL Concrete Masonry, LLC

27

28

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED:

1.      The time for Defendant to amend its answer shall be extended to on or before March 18, 2022.

2.      The time for Plaintiff to file a motion to strike as to Defendant's answer, filed and served on February 15, 2022, is extended to April 8, 2022.


DATED:  March 9, 2022                              /s/ John A. Mendez
                                                 _____
                                                 THE HONORABLE JOHN A. MENDEZ
                                                 UNITED STATES DISTRICT COURT JUDGE